# COURT OF CRIMINAL APPEALS
## OF TEXAS

71,548-10

ATTN: Mr. Abel Acosta, Clerk
Office of The Court Clerk
P.O. Box 12308 Capitol Station
Austin Texas 78711

12-30-2014

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

From: Mr. Earl D. Cooper #1541308
TDCJ McConnell Unit
3001 South Emily Dr.
Beeville Texas 78102

RE: Subsequet 11.07 Writ Inre: Cause No. 57019-E

## Dear Mr. Acosta

Sir, this is A personal inquiry to you. Its sent prudently with Most respect to you, And the Honorable Appeals Court. Im requesting your proficient And profession response, expeditiously. pursuant A Seventh 11.07 Habeas Corpus Application, I submitted to the 108th Potter County Judicial District Court November 13th 2014, As a Subsequent Filing, And thereafter receing No states response Answers, And No respnse from the Court of Criminal Appeals, I sent A request to potter court pursuant to T.C.C.p. Art. 11.03 requesting Complience, And transmittal of Said Application to the Appeals court. Sir on August 20, 2014. The Appeals Court instructed you Not to Accept My Application Numbered NO. WR-71-548-09, Nor Any Future Applications, "Unless" pertaining to My Conviction the Claims therein present were "New claims" Not Claims previously raised. In the instant Application Iam Now inquirying About, there Are Two New claims of Actual-Innocence And Newly, discovered Material Evidence. "With receiving No rsponse from potter County, **I Filed A** petition For Mandamus, to your Court on December 22nd, 2014. And I have still received No Notice of receival of Said Application or Mandamus. Mr. Acosta pursuant My 14th Amendment Due process rights, Would you out of professional Judicial Court clerk Conduct, And As your personal professional Courtesy, Notify Whether My Application And petition were received by your Clerk Office And whether there will by Any Judicial Actions taken in the Matter of Cause No. 57,019E. I do Apperciate your Full Notice respnose. Thank you Sir.

Respectfully Submitted
Earl D. Cooper 1541308

Pg 1 OF 1   c.c.